certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Mr. Isaac E. Ferguson* for petitioner. *Mr. Ralph G. Martin* for respondents.

No. 362. NORTON, DEPUTY COMMISSIONER, *v.* WARNER COMPANY. November 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General Fahy* for petitioner. *Mr. Everett H. Brown, Jr.* for respondent.

No. 381. UNITED STATES *v.* AMERICAN SURETY CO. November 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Fahy* for the United States. *Messrs. Sterling M. Wood* and *Hugh H. Obear* for respondent.

No. 366. UNITED STATES *v.* WHITE. November 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General Fahy* for the United States. *Mr. Robert J. Fitzsimmons* for respondent.

No. 388. CITY OF CORAL GABLES *v.* WRIGHT, DOING BUSINESS AS ED. C. WRIGHT & CO., ET AL. November 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Ira C. Haycock* and *D. H. Redfearn* for petitioner. *Mr. Miller Walton* for Ed. C. Wright; and *Mr. F. A. Berry* for the American National Bank,—respondents.